NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DOUGLAS J. MIKULICIC,⁣ )
)
  Appellant,⁣ )
)
v.⁣ )⁣ Case No. 2D17-3980
)
JULIE A. MIKULICIC,⁣ )
)
  Appellee.⁣ )
_____ )

Opinion filed January 4, 2019.

Appeal from the Circuit Court for
Pinellas County; Jack Helinger, Judge.

Gary E. Williams and Stephen D. Gregg
of The Law Firm for Family Law,
Clearwater, for Appellant.

Jane H. Grossman, St. Petersburg,
for Appellee.

PER CURIAM.

          Affirmed.

LaROSE, C.J., and NORTHCUTT and KHOUZAM, JJ., Concur.